# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western <br> ☐ Central <br> ☐ Southwestern | ☐ St. Joseph <br> ☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment <br> ☐ Juvenile |

**Defendant Information**
Defendant Name: Victoria A. Cheek Herrera
Alias Name:
Birthdate: 02/16/1979

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☒ No if yes, original case number _____
New Defendant ☒ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA David M. Ketchmark

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☐ No
Warrant Required ☒ Yes ☐ No

**U.S.C. Citations**
Total # of Counts 3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:241.F/9901/4 | Conspiracy Against Rights | 1 |
| 2 | 42:3631.F/1560/4 | Interference with Fair Housing Rights | 2 |
| 3 | 18:844H.F/9994/4 | Use of Fire or Explosive during the Commission of a Felony | 3 |
| 4 | | | |
| 5 | | | |

Date 5/23/13     Signature of AUSA /s/ David M. Ketchmark by DOJ Shan Patel

Case 4:13-cr-00205-BCW   Document 1-1   Filed 05/23/13   Page 1 of 1